Case 3:21-cv-00442-SI   Document 22   Filed 01/29/21   Page 1 of 2
Case 9:20-md-02924-RLR   Document 2697   Entered on FLSD Docket 01/29/2021   Page 1 of 2
Case MDL No. 2924   Document 614   Filed 01/29/21   Page 1 of 2

# UNITED STATES JUDICIAL PANEL
## on
# MULTIDISTRICT LITIGATION

**IN RE: ZANTAC (RANITIDINE) PRODUCTS
LIABILITY LITIGATION**                                          MDL No. 2924

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −52)

On February 6, 2020, the Panel transferred 12 civil action(s) to the United States District Court for the Southern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 437 F.Supp.3d 1368 (J.P.M.L. 2020). Since that time, 290 additional action(s) have been transferred to the Southern District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Robin L. Rosenberg.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Florida and assigned to Judge Rosenberg.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of Florida for the reasons stated in the order of February 6, 2020, and, with the consent of that court, assigned to the Honorable Robin L. Rosenberg.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Florida. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jan 29, 2021

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel



Certified to be a true and
correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By _____ *Maria Cruz* _____
Deputy Clerk
Date _____ **Jan 29, 2021**

**IN RE: ZANTAC (RANITIDINE) PRODUCTS
LIABILITY LITIGATION**                                      MDL No. 2924

**SCHEDULE CTO−52 − TAG−ALONG ACTIONS**

**DIST**      **DIV.**      **C.A.NO.**      **CASE CAPTION**

CALIFORNIA NORTHERN

    CAN        3        21−00442        Gibbons v. GlaxoSmithKline, LLC et al

LOUISIANA EASTERN

    LAE        2        21−00087        Wheeler v. Sanofi−Aventis U. S. LLC et al